Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

MARK A. NOBLE et al., Appellants, *v.* GREAT AMERICAN INSURANCE COMPANY, Respondent.

*Stocks and stockholders — action by assignees of stockholders to compel issuance to them at subscription price of proportionate share of increase in capital stock or for damages.*

*Noble v. Great American Ins. Co.*, 200 App. Div. 773, affirmed.

(Submitted March 9, 1923; decided March 23, 1923.)

APPEAL from a judgment, entered June 5, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was brought by plaintiffs as assignees of a stockholder to compel the defendant corporation to issue to them at the subscription price of $150 per share such proportion of an increase made in its capital stock as the number of shares held by their assignor before such increase bore to the number of all the shares originally issued, and by way of alternative relief in case the stock demanded in the complaint could not be delivered to the plaintiffs, for their damages in the premises.

*James A. O'Gorman, Lanman Crosby* and *Howard H. Nieman* for appellants.

*John A. Garver* and *Chauncey B. Garver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.